# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:19-cr-0015 |
| ) | |
| **JOHN JACKSON,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

**BEFORE THE COURT** is the trial in this matter. For the reasons stated during sidebar discussions during the February 2, 2022 status conference, and for the reasons herein, the time to try this case is extended up to and including April 11, 2022.

In response to the current conditions in the COVID-19 pandemic, the undersigned, as Chief Judge of the District Court of the Virgin Islands, issued a general order concerning operations of the Court on January 31, 2022, suspending all jury trials through February 28, 2022.[1] The Court hereby fully incorporates the findings from the Court's Thirty-Third Operations Order as fully stated herein.

To date, the COVID-19 virus has claimed more than 890,000 lives in the United States (101 of which have been in the U.S. Virgin Islands). COVID-19 continues to present an unpredictable threat to public health and safety, as shown in the recent surge in COVID-19 cases both in the continental United States and the Virgin Islands. As such, the Court finds that extending the period within which Defendant Jackson may be tried under the Speedy Trial Act is necessary for the protection and well-being of the Defendant, the jury, the prosecutors, the witnesses, the Court's personnel, and the general public at large.

The premises considered, it is hereby

---

[1] https://www.vid.uscourts.gov/sites/vid/files/general-ordes/Thirty-Third%20Order%20Concerning%20Court%20Operations%20During%20COVID%20Outbreak.pdf

*United States v. Jackson*
Case No.: 3:19-cr-0015
Order
Page 2 of 2

**ORDERED** that the time beginning from the date of this order granting an extension through April 11, 2022, **SHALL** be excluded in computing the time within which the trial in this matter must be initiated pursuant to 18 U.S.C. § 3161; it is further

**ORDERED** that the parties **SHALL** file and serve a pre-trial brief no later than April 4, 2022, which shall include the following: (a) proposed list of witnesses; (b) proposed list of exhibits; (c) estimated length of case-in-chief and case-in-defense; (d) proposed non-standard *voir dire* questions; and (e) proposed non-standard jury instructions related to the elements of the charges and defenses; it is further

**ORDERED** that the parties **SHALL** provide the Clerk of Court with a USB Flash Drive containing electronic versions of exhibits no later than April 6, 2022;[2] it is further

**ORDERED** that a final pretrial telephonic status conference in this matter **SHALL** commence promptly at 10:00 A.M. on April 7, 2022, before Chief Judge Robert A. Molloy. Call-in information will be provided to the parties by the Court; and it is further

**ORDERED** that the jury selection and trial in this matter **SHALL** commence promptly at 9:00 a.m. on April 11, 2022, in St. Thomas Courtroom 1.

**Dated:** February 2, 2022            /s/*Robert A. Molloy*
                                       **ROBERT A. MOLLOY**
                                       **Chief Judge**

---

[2] Counsel are advised to consult with Court technical staff to determine the proper format for saving electronic versions of exhibits. The Government's trial exhibits shall be labelled sequentially beginning with Government's Exhibit 1. Defense exhibits shall be labelled sequentially beginning with Defense Exhibit A.