# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 3:19-cr-0015 |
| | ) |
| **JOHN JACKSON,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

**THIS MATTER** proceeded to a jury trial on April 19, 2022. On April 22, 2022, the jury returned a unanimous verdict finding John Jackson guilty as to Count One, Count Two, Count Three, Count Four, Count Five, and Count Six of the Third Superseding Indictment.

Accordingly, it is hereby

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than June 30, 2022; it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than July 14, 2022; it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than July 28, 2022; it is further

**ORDERED** that the parties shall file their sentencing memoranda no later August 11, 2022; and it is further

**ORDERED** that a sentencing hearing is **SCHEDULED** to commence promptly at 10:00 A.M. on August 24, 2022, in St. Thomas Courtroom 1 before Chief Judge Robert A. Molloy.[1]

**Dated:** May 2, 2022  /s/*Robert A. Molloy*
**ROBERT A. MOLLOY**
**Chief Judge**

---

[1] The Court recognizes that it orally scheduled the sentencing hearing for August 25, 2022 from the bench on April 22, 2022. However, after reviewing its calendar, the Court has discovered a conflict with the August 25, 2022 date and must reset the sentencing hearing.